UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R# 090766

IN RE:                                    CASE NO. 10-39511-BKC-
GABRIEL GUTIERREZ
DOLALILA GUTIERREZ

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

MAY 26 2011

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 1,220.40 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $   .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: MAY 25 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

GABRIEL GUTIERREZ
DOLALILA GUTIERREZ
20251 NE 2 AVE
#R32
MIAMI, FL 33179

RICHARD ADAMS, ESQ.
ADAMS & ASSOCIATES, PA
1165 W 49 ST, SUITE 107
HIALEAH, FL 33012

WELLS FARGO BANK, NA
4101 WISEMAN BLVD
SAN ANTONIO, TX 78251

WELLS FARGO BANK, NA
4101 WISEMAN BLVD
SAN ANTONIO, TX 78251

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  10-39511-BKC-
GABRIEL GUTIERREZ
DOLALILA GUTIERREZ

                                      CHAPTER 13


GABRIEL GUTIERREZ
DOLALILA GUTIERREZ
20251 NE 2 AVE
#R32
MIAMI, FL 33179

RICHARD ADAMS, ESQ.
ADAMS & ASSOCIATES, PA
1165 W 49 ST, SUITE 107
HIALEAH, FL 33012

WELLS FARGO BANK, NA          ---------$        1,054.18
4101 WISEMAN BLVD                               **RETURNED FROM CREDITOR**
SAN ANTONIO, TX 78251                           **BECAUSE CASE DISMISSED**
                                                **CLAIM REGISTER #** 7-1

WELLS FARGO BANK, NA          ---------$          166.22
4101 WISEMAN BLVD
SAN ANTONIO, TX 78251
                                                **RETURNED FROM CREDITOR**
                                                **BECAUSE CASE DISMISSED**
U.S. Trustee                                    **CLAIM REGISTER #** 7-1
51 S.W. 1st Avenue
Miami, Florida 33130